# EXHIBIT E

| Sid | Name | WorkMonth | APPR._TRAINING | HEALTH_&_WELFARE | INDUSTRY | NW_PENSION |
|---|---|---|---|---|---|---|
| 1890 | ROCKY MOUNTA | 10/1/2010 | | | | |
| 1890 | ROCKY MOUNTA | 11/1/2012 | | | | |
| 1890 | ROCKY MOUNTA | 12/1/2012 | | | | |
| 1890 | ROCKY MOUNTA | 2/1/2013 | | | | |
| 1890 | ROCKY MOUNTA | 3/1/2013 | | | | |
| 1890 | ROCKY MOUNTA | 9/1/2015 | -1040.98 | | -755.78 | -5446.05 |
| 1890 | ROCKY MOUNTA | 10/1/2015 | -1246.48 | -14058.69 | -904.98 | -6524.17 |
| 1890 | ROCKY MOUNTA | 12/1/2015 | -873.99 | -13324.54 | -634.54 | -4552.87 |

EXHIBIT E