# EXHIBIT F

EMPLOYER: Rocky Mountain
September 2015 DELINQUENT CONTRIBUTIONS

Delinquent Form.xls

| DATE DUE | DATE CALC | X NW SUPP PLAN | X NW HEALTH CARE | SASMI 3% | DUES | APPR | X NW PENSION FUND | INDUSTRY | EDOT | TOTAL CONTRIB. | LIQUIDAT. DAMAGES | INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10/26/15 | 3/22/16 | | | | | 1040.98 | 5446.05 | 755.78 | | 7242.81 | 1297.41 | 352.42 |

EXHIBIT F

EMPLOYER: Rocky Mountain
October 2015 DELINQUENT CONTRIBUTIONS

Delinquent Form.xls

| DATE DUE | DATE CALC | X NW SUPP PLAN | X NW HEALTH CARE | SASMI 3% | DUES | APPR | X NW PENSION FUND | INDUSTRY | EDOT | TOTAL CONTRIB. | LIQUIDAT. DAMAGES | INTEREST |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 11/26/15 | 3/22/16 | | 14058.69 | | | 1246.48 | 6524.17 | 904.98 | | 22734.32 | 4365.87 | 874.49 |

EXHIBIT F