# EXHIBIT G

2:56 PM
03/23/16

## Robblee Detwiler and Black, PLLP
## Time by Job Summary
### All Transactions

|  | Mar 23, 16 |
|---|---:|
| **3274 / SMTF:3274-101 / Rocky Mountain Mechanical** | |
| **Burnham, Margaret A** | |
| 1 - Representation:11 - Correspondence | 0.50 |
| 1 - Representation:13 - Drafting | 9.90 |
| 1 - Representation:15 - Research | 4.80 |
| 1 - Representation:18 - Review Documents | 1.40 |
| **Total Burnham, Margaret A** | 16.60 |
| **Hutzenbiler, Daniel R** | |
| 1 - Representation:11 - Correspondence | 0.70 |
| 1 - Representation:18 - Review Documents | 1.10 |
| **Total Hutzenbiler, Daniel R** | 1.80 |
| **Total 3274 / SMTF:3274-101 / Rocky Mountain Mechanical** | 18.40 |
| **TOTAL** | 18.40 |

18.6 @ $210 is $3,906.00

EXPENSES: $565.00

TOTAL: $4,471.00

Page 1

EXHIBIT G

3:00 PM
03/23/16

# Robblee Detwiler & Black, PLLP
## Time by Job Summary
### September through December 2015

|  | Sep - Dec 15 |
|---|---|
| **3274 / SMTF:3274-101 / Rocky Mountain Mechanical** | |
|   Burnham, Margaret A | |
|     13/Representation - Drafting | 0.20 |
| **Total 3274 / SMTF:3274-101 / Rocky Mountain Mechanical** | 0.20 |
| **TOTAL** | 0.20 |

Page 1

EXHIBIT G

2:58 PM
03/23/16
Accrual Basis

# Robblee Detwiler and Black, PLLP
## Transaction Detail by Account
### All Transactions

| Type | Date | Name | Memo | Amount | Balance |
|---|---|---|---|---|---|
| **1041 · Customer Advances** | | | | | |
| Check | 01/08/2016 | 3274 / SMTF:3274-101 / Rocky Mountain Mechanical | Complaint Filing Fee | 400.00 | 400.00 |
| Check | 02/12/2016 | 3274 / SMTF:3274-101 / Rocky Mountain Mechanical | Out of State Service | 165.00 | 565.00 |
| **Total 1041 · Customer Advances** | | | | 565.00 | 565.00 |
| **TOTAL** | | | | 565.00 | 565.00 |

Page 1

EXHIBIT G