**HON. JOHN C. COUGHENOUR**

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| NORTHWEST SHEET METAL WORKERS WELFARE FUND, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ROCKY MOUNTAIN MECHANICAL, INC.,<br><br>Defendant. | No. 2:16-cv-00031-JCC<br><br>**[PROPOSED] ORDER GRANTING DEFAULT JUDGMENT** |

IT IS HEREBY ORDERED that Plaintiffs' Motion for Default Judgment is GRANTED and judgment shall be entered in favor of Plaintiffs against Defendant Rocky Mountain Mechanical, Inc. as follows:

(1) Twenty-Nine Thousand, Nine Hundred, Seventy-Seven and 13/100 Dollars ($29,977.13) in employee benefit contributions due for the periods September through October 2015, inclusive, with interest at the rate of .67% per annum until paid;

(2) Five Thousand, Six Hundred, Sixty-Three and 28/100 Dollars ($5,663.28) in liquidated damages for the periods September through October 2015, inclusive, with interest at the rate of .67% per annum until paid;

ORDER FOR ENTRY OF DEFAULT JUDGMENT
No. 2:16-cv-00031-JCC - 1

LAW OFFICES OF
ROBBLEE DETWILER & BLACK
════════════════════════
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 · FAX (206) 467-7589

(3) One Thousand, Two Hundred, Twenty-Six and 91/100 Dollars ($1,226.91) in pre-judgment interest through March 24, 2016 on the September through October 2015 contributions, with interest at the rate of .67% per annum until paid;

(4) Five Hundred, Sixty-Five and 00/100 Dollars ($565.00) in costs, with interest at the rate of .67% per annum until paid; and

(5) Three Thousand, Nine Hundred, Six Dollars ($3,906.00) in attorneys' fees, with interest at the rate of .67% per annum until paid.

DATED this _____ day of _____, 2016.

_____
JUDGE JOHN C. COUGHENOUR

Presented by:

s/ Margaret Burnham
Margaret Burnham, WSBA No. 47860
Robblee Detwiler & Black
2101 Fourth Ave, Suite 1000
Seattle, WA 98121
Telephone: (206) 467-6700
Fax: (206) 467-7589
E-mail: mburnham@unionattorneysnw.com

Attorneys for Plaintiffs

ORDER FOR ENTRY OF DEFAULT JUDGMENT
No. 2:16-cv-00031-JCC - 2

LAW OFFICES OF
ROBBLEE DETWILER & BLACK
==============================
2101 FOURTH AVENUE, SUITE 1000
SEATTLE, WA 98121
(206) 467.6700 • FAX (206) 467-7589